1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant YAZZIE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  )  | No. CR 09-0611 BZ |
|---|---|
| Plaintiff,  ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v.  ) | |
| ) | |
| GREGORY YAZZIE,  ) | Honorable Bernard Zimmerman |
| ) | |
| Defendant.  ) | |

1     Sentencing for Gregory Yazzie, the defendant in the above-captioned case, had been set for January 27, 2010, at 1:30 p.m. Due to the failure of Mr. Yazzie to comply with the terms of his pretrial release, and specifically due to the fact that his current whereabouts are unknown, the Court issued a bench warrant for his arrest. In light of the absence of Mr. Yazzie, and the active bench warrant for his arrest, the parties stipulate and jointly request that the hearing set for January 27 be vacated and the matter taken off calendar until Mr. Yazzie is apprehended.

IT IS SO STIPULATED.

JOSEPH RUSSONIELLO
United States Attorney

DATED: January 26, 2010

\_\_\_/s/_____
ACADIA SENESE
Special Assistant United States Attorney

DATED: January 26, 2010

\_\_\_/s/_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Gregory Yazzie

IT IS SO ORDERED.

DATED: 26/Jan/10

BERNARD ZIMMERMAN
United States District Judge

STIP. & PROP. ORDER           1